### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )   Criminal Action
                             )
      v.                     )   No.  01-M-6110-01-DWB
                             )
MIGUEL D. MENDOZA,           )
                             )
            Defendant.       )
```

**MOTION TO DISMISS**

The United States, by and through Alan G. Metzger, Assistant United States Attorney for the District of Kansas, hereby moves this court for an order dismissing without prejudice the Criminal Complaint and Warrant for Arrest filed herein on September 18, 2001, against the above-named defendant.

The above-named defendant was apprehended on August 19, 2005, at Denver, Colorado.

```
                    Respectfully submitted,

                    ERIC F. MELGREN
                    United States Attorney


                    s/ Alan G. Metzger
                    ALAN G. METZGER
                    Assistant U.S. Attorney
                    301 North Main, Suite 1200
                    Wichita, Kansas  67202
                    (316) 269-6481
                    Ks. S.Ct. No. 10143
                    Alan.Metzger@usdoj.gov
```

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on this 25th day of August, 2005, a true and correct copy of the above and foregoing Motion was electronically filed with the Clerk of the Court by using the CM/ECF system.

s/ Alan G. Metzger  
Alan G. Metzger  
Assistant U.S. Attorney
