**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No.  01-M-6110-01-DWB |
| | ) | |
| MIGUEL D. MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now on this 26th day of August, 2005, the Court, having read and considered the

Motion to Dismiss filed herein by the United States, and being satisfied good cause

exists,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Criminal

Complaint filed herein on September 18, 2001, against the above-named defendant,

Miguel D. Mendoza, is dismissed without prejudice.


  s/ Donald W. Bostwick
The Honorable Donald W. Bostwick
United States Magistrate Judge